```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
_____
                              )
JOE TEIPEL,                   )
                              )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No. 06-1552 (RWR)
                              )
UNITED STATES OF AMERICA,     )
                              )
        Defendant.            )
_____)
```

## NOTICE AND ORDER TO SHOW CAUSE

Plaintiff, proceeding *pro se*, filed this case on August 31, 2006. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on the defendant within one hundred twenty days of filing suit. It appearing that plaintiff has failed to serve the United States of America as required by Rule 4, it is hereby

ORDERED that on or before January 29, 2007, plaintiff shall either present evidence of service on the United States of America or show cause why the case should not be dismissed for failure to effect service on the United States of America. Plaintiff is advised that failure to comply will result in dismissal of this case against the defendant.

-2-

SIGNED this 27th day of December, 2006.


                                              /s/
                                  RICHARD W. ROBERTS
                                  United States District Judge

Case 1:06-cv-01552-TFH   Document 2   Filed 12/27/2006   Page 2 of 2