IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE TEIPEL, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-01552 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:    January 12, 2007

                                                Respectfully submitted,

                                                /s/ Beatriz T. Saiz
                                                BEATRIZ T. SAIZ
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Washington, D.C.  20044
                                                Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on January 12, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Joe Teipel
> 3813 Pukalani Place
> Honolulu, HI 96816

> /s/ Beatriz T. Saiz
> BEATRIZ T. SAIZ