IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE TEIPEL, | ) |
| | ) |
| Plaintiff, | ) Civ. No. 1:06-cv-01552 (RWR) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on January 12, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Joe Teipel
3813 Pukalani Place
Honolulu, HI 96816

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ