UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOE TEIPEL,           )<br>                      )<br>        Plaintiff,    )<br>                      )<br>    v.                )<br>                      )<br>UNITED STATES OF AMERICA,  )<br>                      )<br>        Defendant.    )<br>_____) | Civ. No. 06-1552 (TFH) |

## ORDER

Teipel, proceeding pro se, filed the complaint in this matter on August 31, 2006, but has yet to serve the summons and complaint upon the United States. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action after proper notice if the plaintiff has not served the summons and complaint upon the defendant within 120 days after filing the complaint. On December 27, 2006, this Court ordered that, by January 29, 2007, Teipel "shall either present evidence of service on the United States of America or show cause why the case should not be dismissed for failure to effect service on the United States of America." The Court advised Teipel that "failure to comply will result in dismissal of this case against the defendant." Teipel did not comply. Therefore, the Court

**ORDERS** this case dismissed without prejudice

**SO ORDERED**.

February 5, 2007

/s/
Thomas F. Hogan
Chief Judge

COPIES TO:
BEATRIZ T. SAIZ

Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC 20044

JOE TEIPEL
3813 Pukalani Place
Honolulu, HI 96816